St. Petersburg Novelty Works, a Corporation, *Plaintiff in Error*, v. E. L. Battle and L. M. Battle, Joined by Their Respective Husbands G. C. Battle and F. S. Battle, *Defendants in Error*.

Opinion Filed November 11, 1913.

Per Curiam.—This case differs from that between the same parties this day decided, only in that it is upon an open account, and for the reasons given in the opinion therein, the judgment herein is reversed.